JSC

ERIC L. DUNN, Bar No. 176851
edunn@awattorneys.com
GLEN E. TUCKER, Bar No. 54709
gtucker@awattorneys.com
BRANDON D. WARD, Bar No. 259375
bward@awattorneys.com
ALESHIRE & WYNDER, LLP
2361 Rosecrans Ave., Suite 475
El Segundo, CA 90245
Telephone: (310) 527-6660
Facsimile: (310) 532-7395

Attorneys for Defendant
CITY OF HESPERIA

# UNITED STATES DISTRICT COURT

# DISTRICT OF CENTRAL OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DITAGI GREENE,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF HESPERIA, DOES 1-10, INCLUSIVE,<br><br>    Defendant. | Case No. CV12-02200 PA (DTBX)<br><br>Assigned for All Purposes To:<br>Judge: Hon. Percy Anderson<br>Ctrm: 15<br><br>ORDER RE:<br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO CLAIMS OF PLAINTIFF DITAGI GREENE AGAINST DEFENDANT CITY OF HESPERIA<br><br>FRCP 41(a)(1)(A)<br><br>Complaint Filed: March 19, 2012 |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED, by and between Plaintiff DITAGI GREENE (hereafter as "Plaintiff") and DEFENDANT CITY OF HESPERIA (hereafter as "Defendant"), by and through their respective counsel of record, that Defendants be dismissed with prejudice from this action by Plaintiff.

IT IS FURTHER STIPULATED, by and between Plaintiff and Defendant, that this dismissal constitutes a general mutual release of all claims and a

mutual waiver of all costs, court fees, and attorneys' fees arising out of this litigation between these parties.

It is further agreed by and between the parties that this stipulation may be signed in counterpart and that a facsimile or electronic signature will be valid as an original signature.

IT IS SO STIPULATED.

Dated: October 10th, 2012        DITAGI GREENE, PLAINTIFF

*/s/ Ditagi Greene*

Dated: October 10th, 2012        LAW OFFICES OF MARJORIE BARRIOS
MARJORIE BARRIOS

By: */s/ Marjorie Barrios*
Marjorie Barrios, Esq.
Attorney for Plaintiff,
Ditagi Greene

Dated: October 11, 2012        ALESHIRE & WYNDER, LLP
ERIC L. DUNN
GLEN E. TUCKER
BRANDON D. WARD

By: */s/*
Brandon D. Ward, Esq. Glen E. Tucker
Attorney for Defendant,
CITY OF HESPERIA

IT IS SO ORDERED

Dated 10/12/12

*/s/*
United States District Judge